No. ——. HERTER, SECRETARY OF STATE, *v.* CORT. The application for stay presented to THE CHIEF JUSTICE, and by him referred to the Court, is denied. *Solicitor General Rankin* for the applicant. *Leonard B. Boudin* in opposition.

No. 161. CULOMBE *v.* CONNECTICUT. On petition for writ of certiorari to the Supreme Court of Errors of Connecticut. The motion of Connecticut Association for Retarded Children for leave to file brief, as *amicus curiae,* is granted. *John J. Hunt* on the motion. *Alexander A. Goldfarb* for petitioner. ▮

No. 291. GINSBURG *v.* AMERICAN BAR ASSOCIATION ET AL. Certiorari denied, *ante,* p. 829. The motion to remand is denied. *Paul Ginsburg,* petitioner, on the motion *pro se.*

No. 263, Misc. NIX *v.* FLORIDA. Motion for leave to file petition for writ of habeas corpus denied. Petitioner *pro se. Richard W. Ervin,* Attorney General of Florida, and *George R. Georgieff,* Assistant Attorney General, for respondent.

No. 16, Misc. BUSHNELL *v.* ELLIS, CORRECTIONS DIRECTOR. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Court of Criminal Appeals of Texas granted. Case transferred to the appellate docket. Petitioner *pro se. Will Wilson,* Attorney General of Texas, and *B. H. Timmins, Jr.* and *Leon F. Pesek,* Assistant Attorneys General, for respondent.